```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20cv1049 (DLC)
INGRID WIEGAND,                          :
                                         :        ORDER
                   Plaintiff,            :
         -v-                             :
                                         :
AIR PEGASUS HELIPORT, INC., ALVIN S.     :
TRENK, and ABIGAIL TRENK,                :
                                         :
                   Defendants.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties participated in a telephonic initial pre-trial conference on April 24, 2020.  A Scheduling Order dated April 24, 2020 instructed the parties that no additional parties could be joined or pleadings amended after June 26, 2020.  On June 17, plaintiff submitted a letter requesting an extension of that date.  Plaintiff's counsel further noted that he had attempted to meet and confer with counsel for the defendants, but had not received a response.  Accordingly, it is hereby

ORDERED that the parties shall promptly meet and confer regarding the discovery disputes.

IT IS FURTHER ORDERED that a telephonic conference is scheduled for **June 19 at 9:00 a.m**.  The parties shall use the following dial-in instructions for the telephone conference:

```
          Dial-in:       888-363-4749
          Access code:   4324948
```

     IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

     SO ORDERED:

Dated:    New York, New York
           June 17, 2020

                                                      DENISE COTE
                                       United States District Judge