```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv1049 (DLC)
INGRID WIEGAND,                          :
                                         :         ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
AIR PEGASUS HELIPORT, INC., ALVIN S.     :
TRENK, and ABIGAIL TRENK,                :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Scheduling Order dated April 24, 2020 instructed the parties that no additional parties could be joined or pleadings amended after June 26, 2020.  On June 17, plaintiff submitted a letter requesting an extension of that date.  Plaintiff's counsel further noted that he had attempted to meet and confer with counsel for the defendants, but had not received a response.  Later on June 17, counsel for the Defendants filed a letter objecting to Plaintiff's request for a conference and attaching correspondence showing that the Defendants provided Plaintiff with supplemental disclosures responsive to the discovery issues identified in Plaintiff's June 17 letter.  Accordingly, it is hereby

ORDERED that the telephonic conference scheduled for June 19, 2020 is cancelled.

IT IS FURTHER ORDERED that Plaintiff's request for an extension of the deadline to join parties or amend pleadings is denied.

IT IS FURTHER ORDERED that the parties shall promptly meet and confer regarding any future discovery disputes.

SO ORDERED:

Dated:   New York, New York
         June 18, 2020

                                        _____
                                                DENISE COTE
                                        United States District Judge