```
---------------------------------------- X
                                         :
INGRID WIEGAND,                          :
                                         :
                         Plaintiff,      :      20cv1049 (DLC)
              -v-                        :
                                         :           ORDER
AIR PEGASUS HELIPORT, INC., ALVIN S.     :
TRENK, and ABIGAIL TRENK,                :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

---------------------------------------- X
                                         :
AIR PEGASUS HELIPORT, INC. and ABIGAIL   :
TRENK,                                   :
                                         :
              Third-Party Plaintiffs,    :
                                         :
              -v-                        :
                                         :
JET AVIATION FLIGHT SERVICES, INC.,      :
JET AVIATION GROUP, INC., AMAZING        :
FLIGHT LLC, BAY CRANE SERVICES OF        :
CONNECTICUT, INC., HBH AIRCRAFT LLC,     :
BGHN HOLDINGS LLC, 576 LLC, and NYON     :
LLC,                                     :
                                         :
              Third-Party Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 26, 2020, defendants Air Pegasus Heliport and Abigail Trenk (collectively, the "Third-Party Plaintiffs") filed a third-party complaint against Jet Aviation Flight Services, Inc., Jet Aviation Group, Inc., Amazing Flight LLC, Bay Crane Services of Connecticut, Inc., HBH Aircraft LLC, BGHN Holdings

LLC, 576 LLC, and NYON LLC (collectively, the "Third-Party Defendants").  On July 17, counsel for HBH Aircraft LLC noticed an appearance in this matter.  As of the date of this Order, the Third-Party Plaintiffs have yet to file affidavits of service of the summons and third-party complaint on any of the Third-Party Defendants.  Accordingly, it is hereby

ORDERED that the Third-Party Plaintiffs shall promptly file affidavits of service for each of the Third-Party Defendants.

SO ORDERED:

Dated:   New York, New York
         July 20, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge