```
---------------------------------------- X
                                         :
INGRID WIEGAND,                          :
                                         :
                       Plaintiff,        :      20cv1049 (DLC)
            -v-                          :
                                         :            ORDER
AIR PEGASUS HELIPORT, INC., ALVIN S.     :
TRENK, and ABIGAIL TRENK,                :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X

---------------------------------------- X
                                         :
AIR PEGASUS HELIPORT, INC. and ABIGAIL   :
TRENK,                                   :
                                         :
                Third-Party Plaintiffs,  :
                                         :
            -v-                          :
                                         :
JET AVIATION FLIGHT SERVICES, INC.,      :
JET AVIATION GROUP, INC., AMAZING        :
FLIGHT LLC, BAY CRANE SERVICES OF        :
CONNECTICUT, INC., HBH AIRCRAFT LLC,     :
BGHN HOLDINGS LLC, 576 LLC, and NYON     :
LLC,                                     :
                                         :
                Third-Party Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 31, 2020, defendants and third-party plaintiffs Air Pegasus Heliport, Inc. and Abigail Trenk filed a motion to dismiss the complaint pursuant to Rule 12(b)(1), Fed. R. Civ. P. It is hereby

ORDERED that a telephonic conference is scheduled for **August 7, 2020** at **2:00 p.m.** The parties shall use the following dial-in instructions for the telephone conference:

    Dial-in: 888-363-4749

    Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
            August 3, 2020

                                            _____
                                                 DENISE COTE
                                  United States District Judge